# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| William Lee Pait, Jr., | No. CV-22-00494-TUC-JAS (MSA) |
| Petitioner, | **ORDER** |
| v. | |
| Mark Gutierrez, | |
| Respondent. | |

    Pending before the Court is a Report and Recommendation issued by United States Magistrate Judge Aguilera.  A review of the record reflects that the parties have not filed any objections to the Report and Recommendation and the time to file objections has expired.  As such, the Court will not consider any objections or new evidence.

    The Court has reviewed the record and concludes that Magistrate Judge Aguilera's recommendations are not clearly erroneous.  *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72; *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999); *Conley v. Crabtree*, 14 F. Supp. 2d 1203, 1204 (D. Or. 1998).

    Accordingly, IT IS HEREBY ORDERED as follows:

(1) Magistrate Judge Aguilera's Report and Recommendation (Doc. 22) is accepted and adopted.

(2) The § 2241 Petition is dismissed without prejudice for lack of jurisdiction; the Clerk of the Court shall enter judgment and close the file in this case.

    Dated this 12th day of January, 2026.

Honorable James A. Soto
United States District Judge